**Order entered November 22, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01121-CR
## No. 05-18-01122-CR

### OSCAR PEREACRUZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00276-S & F18-00275-S**

## ORDER

We **RENSTATE** these appeals.

On July 24, 2019, we abated the appeals for a hearing to determine why appellant's brief, originally due April 7, 2019, had not been filed. On September 30, 2019, retained counsel Jeff P. Buchwald filed a copy of the motion to withdraw that he had filed in the trial court. That motion, however, was not granted. We notified Mr. Buchwald that until a proper order granting his motion to withdraw was filed with this Court, he was still counsel of record. Thereafter, Mr. Buchwald notified the Court he was negotiating with appellant's family regarding representation. On November 7, 2019, he notified the Court he agreed to continue representing appellant and would be filing a brief in the future.

We **ORDER** appellant's brief due **on or before January 3, 2020**.


/s/    BILL PEDERSEN, III
JUSTICE